# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>BRUNO W. SCHMIDT and CHARLENE O. SCHMIDT,<br>husband and wife,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:14-CV-0237-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The United States' Motion for Summary Judgment (ECF No. 60) is GRANTED in part. The Defendants' Motion for Summary Judgment (ECF No. 61) is DENIED. The Court GRANTS foreclosure of the IRS's liens on Defendants' real property.
Plaintiff's claim for exception to bankruptcy discharge pursuant to 11 U.S.C. § 523(a)(1)(C) is DENIED. Plaintiff's claim for a personal judgment against the Defendants for their tax liability for the tax year 1998 is DISMISSED. (ECF No. 105)

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  Thomas O. Rice  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  December 14, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen